IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                    No. 15-10152-07JTM

ROQUE MATA,
        Defendant.

MEMORANDUM AND ORDER

For good cause shown, defendant's Motion for Early Termination of Probation (Dkt. 283) is granted, and defendant's period of probation is successfully terminated.

IT IS SO ORDERED this 28th day of August, 2020.

*J. Thomas Marten*
J. Thomas Marten, Judge